**Patrick C. NOVAK, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7121.

United States Court of Appeals, Federal Circuit.

July 19, 2011.

William P. Rayel, Department of Justice, Washington, DC, for Respondent–Appellee.

Anthony Sebastian, Darrell Dunham & Associates, Carbondale, IL, for Claimant–Appellant.

Joshua A. Mandlebaum, Department of Justice, Washington, DC, for Intervenor.

## ON MOTION

### ORDER

Patrick C. Novak moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.